UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS KEITH BONNER,<br><br>Petitioner,<br><br>v.<br><br>P. COVELLO,<br><br>Respondent. | No. 2:20-cv-02102-TLN-EFB<br><br>**ORDER** |

Petitioner Thaddeus Keith Bonner ("Petitioner"), a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Petitioner has not filed objections to the findings and recommendations.[1]

---

[1] He did, however, file a motion for preliminary injunctive relief/compassionate release. (ECF No. 16.) The Court takes no action on that motion. *See Bolden v. Ponce*, No. 20-cv-3870-JFW-MAA, 2020 U.S. Dist. LEXIS 77249, at *3-4 (C.D. Cal. May 1, 2020) (challenge to conditions of confinement during COVID-19 pandemic should have been asserted in a civil rights complaint, not a habeas petition, despite request for immediate release).

1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 28, 2020 (ECF No. 13), are ADOPTED IN FULL;

2. Petitioner's application for a writ of habeas corpus is DENIED without prejudice to filing his claims in a new action under 42 U.S.C. § 1983;

3. The Clerk is directed to close the case; and

4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: December 7, 2020

_____
Troy L. Nunley
United States District Judge